UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEILA R. LEWIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-11-1742 |
| | § | |
| CHASE HOME FINANCE LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is defendant Chase Home Finance LLC's ("Chase") motion to dismiss. Dkt. 5. Plaintiff Sheila R. Lewis has not responded to the motion. Under the Local Rules of the Southern District of Texas, Chase's motion will therefore be treated as unopposed. S.D. TEX. LOC. R. 7.4. Having reviewed the motion, the complaint, and the applicable law, and having found that the complaint does not state a claim upon which relief may be granted under the standards enunciated in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 554, 127 S. Ct. 1955 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009), the court finds that the motion should be GRANTED.

Therefore, Lewis's claims against Chase are hereby DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on June 14, 2011.

_____
Gray H. Miller
United States District Judge